**IN THE  
UNITED STATES COURT OF APPEALS  
FOR THE FIFTH CIRCUIT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, § | | |
| *Plaintiff-Appellant,* § | | |
| § | | |
| v. § | No. 25-40082 | |
| § | | |
| TERRENCE JAMES BRUGGEMAN § | | |
| *Defendant-Appellee.* § | | |

**UNITED STATES' UNOPPOSED MOTION  
TO SUSPEND BRIEFING  
AND STAY THIS APPEAL PENDING THE MANDATE IN  
*NAT'L ASSN'N FOR GUN RTS., INC. V. BONDI, NO. 24-10707***

The United States respectfully moves this Court to suspend briefing and stay this appeal pending the issuance of the mandate in *Nat'l Ass'n for Gun Rts., Inc. v. Bondi*, No. 24-10707 (hereinafter *NAGR*), which was argued on December 9, 2024, and involves the same issue. Further, the Government requests 30 days from the date this Court issues the mandate in *NAGR* to file its responsive brief in this appeal.

Alternatively, should this Court deny the motion to stay, the Government respectfully requests an extension of 30 days from the date of that denial to file its opening brief in this appeal.

Opposing counsel, Paul Garrett Kratzig, is unopposed to: (1) the Government's motion to suspend briefing and stay appeal; and (2) the

Government's alternative motion for a 30-day extension if this Court denies the motion to stay.

# I.

A federal grand jury returned a four-count second superseding indictment against Bruggeman. Count 1SS charged possession of a machinegun, namely six Force Reset Trigger 15s (FRT-15s), in violation of 18 U.S.C. § 922(o) and § 924(a). Counts 2SS, 3SS, and 4SS charged possession of a firearm, specifically three firearm silencers, in violation of 26 U.S.C. § 5861(i) and § 5871.

Bruggeman filed an amended motion to dismiss Count 1SS, to which the Government responded. The district court granted Bruggeman's motion to dismiss Count 1SS and concluded the FRT-15s were not "machineguns" under 26 U.S.C. § 5845(b), based on the reasoning in *Garland v. Cargill*, 602 U.S. 406 (2024), and *NAGR*, No. 4:23-CV-830-O, 2024 WL 3517504 (N.D. Tex. July 23, 2024).

Subsequently, the Government filed its notice of appeal on February 13, 2025. This Court ordered the Government to file its opening brief by April 21, 2025.

## II.

The Government respectfully moves to suspend briefing and stay this appeal pending the issuance of the mandate in *NAGR*, which was argued before this Court on December 9, 2024, and involves the same issue. In *NAGR*, the plaintiffs argued the ATF's classification of FRT-15s as machineguns was inconsistent with the statutory definition of "machinegun" under 26 U.S.C. § 5845(b). The district court granted summary judgment for the plaintiffs. The Government appealed, arguing FRT-15s are machineguns under § 5845(b) based on: (1) *Cargill* confirming the ATF's longstanding view that devices of this type are machineguns under § 5845(b); and (2) the district court misreading *Cargill*. In particular, the Government contended: "With [FRT-15s], a single engagement of the trigger automatically produces multiple shots, with no need for the shooter to 'engage the trigger and then release the trigger to allow it to reset.' "[1] Thus, the outcome of *NAGR* is dispositive to this appeal.

---

[1] Brief for Defendants-Appellants, *NAGR*, No. 24-10707, at 15 (quoting *Cargill*, 602 U.S. at 421).

## III.

Accordingly, because *NAGR* was argued on December 9, 2024, and its outcome is dispositive to this appeal, the Government respectfully moves this Court to suspend briefing and stay this appeal pending the issuance of the mandate in *NAGR*. Further, the Government requests 30 days from the date this Court issues the mandate in *NAGR* to file its responsive brief in this case.

Alternatively, should this Court deny the motion to stay, the Government respectfully requests an extension of 30 days from the date of that denial to file its responsive brief in this appeal.

Respectfully submitted,

NICHOLAS J. GANJEI
United States Attorney

CARMEN CASTILLO MITCHELL
Chief, Appellate Division

/s/ Andrew C. Sand
ANDREW C. SAND
Assistant United States Attorney
United States Attorney's Office
Southern District of Texas
1000 Louisiana, Suite 2300
Houston, Texas 77002
Phone: (713) 567-9102

ATTORNEYS FOR APPELLANT

## CERTIFICATE OF SERVICE

I, Assistant United States Attorney Andrew C. Sand, certify that on March 24, 2025, an electronic copy of the *United States' unopposed motion to suspend briefing and stay this appeal pending the mandate in Nat'l Ass'n for Gun Rts., Inc. v. Bondi, No. 24-10707* was served by notice of electronic filing via this court's ECF system upon opposing counsel, Paul Garrett Kratzig.

                                          /s/ Andrew C. Sand
                                          ANDREW C. SAND
                                          Assistant United States Attorney

## **CERTIFICATE OF COMPLIANCE**

1. This document complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains **571** words, excluding any part exempted by Fed. R. App. P. 27(a)(2)(B).

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Office Word 365 in Century Schoolbook, 14-point font for text and 12-point font for footnotes.

3. This document complies with the privacy redaction requirement of 5th Cir. R. 25.2.13 because it has been redacted of any personal data identifiers.

4. This document complies with the electronic submission of 5th Cir. R. 25.2.1, because it is an exact copy of the paper document.

5. This document is free of viruses because it has been scanned for viruses with the most recent version of McAfee.

/s/ Andrew C. Sand
ANDREW C. SAND
Assistant United States Attorney
Dated: March 24, 2025