# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
March 26, 2025
Lyle W. Cayce
Clerk

No. 25-40082

UNITED STATES OF AMERICA,

*Plaintiff—Appellant*,

versus

TERRENCE JAMES BRUGGEMAN,

*Defendant—Appellee*.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 2:22-CR-185-1

_____

ORDER:

IT IS ORDERED that Appellant's unopposed motion to suspend briefing and stay this appeal pending the issuance of the mandate in case No. 24-10707, *National Association v. Bondi*, is GRANTED.

IT IS FURTHER ORDERED that Appellant's alternative relief for an extension of time to file their brief 30 days after the entry of this order is DENIED AS UNNECESSARY.

                                         /s/ Carl E. Stewart
                                         CARL E. STEWART
                                         *United States Circuit Judge*