**IN THE
UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff-Appellant | § | |
| | § | |
| v. | § | No. 25-40082 |
| | § | |
| TERRENCE JAMES BRUGGEMAN, | § | |
| Defendant-Appellee | § | |

## United States' Unopposed Motion to Withdraw Notice of Appeal and to Dismiss Appeal

The United States respectfully moves the Court to withdraw its notice of appeal in this case and to dismiss this appeal. *See* Fed. R. App. P. 42(b); Fifth Cir. R. 42.1.

A grand jury returned a four-count second superseding indictment against Terrence James Bruggeman. Count 1SS charged possession of a machinegun, namely six Force Reset Trigger 15s, in violation of 18 U.S.C. § 922(o) and § 924(a). Counts 2SS, 3SS, and 4SS charged possession of a firearm, specifically three firearm silencers, in violation of 26 U.S.C. § 5861(i) and § 5871.  Bruggeman filed an amended motion to dismiss Count 1SS, and the district court granted it. The Government filed its notice of appeal from the ruling.

After further review, the United States has decided not to appeal the order in this case. Bruggeman's counsel, Paul Garrett Kratzig, does not oppose dismissing this appeal. Accordingly, the United States, as appellant, respectfully files this unopposed motion to withdraw its notice of appeal and to dismiss this appeal. *See* Fifth Cir. R. 42.1 ("In all cases where the appellant or petitioner files an unopposed motion to withdraw the appeal …, the clerk will enter an order of dismissal and issue a copy of the order as the mandate.").

Respectfully submitted,

NICHOLAS J. GANJEI
United States Attorney

s/Carmen Castillo Mitchell
CARMEN CASTILLO MITCHELL
Chief, Appellate Division
Assistant United States Attorney
United States Attorney's Office
Southern District of Texas
1000 Louisiana, Suite 2300
Houston, Texas 77002
(713) 567-9102
ATTORNEYS FOR PLAINTIFF-
APPELLANT

## <u>CERTIFICATE OF SERVICE</u>

I, Chief of the Appellate Division and Assistant United States Attorney Carmen Castillo Mitchell, hereby certify that, on June 3, 2025, an electronic copy of the foregoing document was served by notice of electronic filing via this Court's ECF system upon opposing counsel, Paul Garrett Kratzig.

s/Carmen Castillo Mitchell
CARMEN CASTILLO MITCHELL
Chief, Appellate Division
Assistant United States Attorney

## <u>CERTIFICATE OF COMPLIANCE</u>

1.    This document complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 218 words, excluding any parts exempted by Fed. R. App. P. 27(a)(2)(B).

2.    This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Office Word 365 in Century Schoolbook, 14-point font for text and 12-point font for footnotes.

3.    This document complies with the privacy redaction requirement of 5th Cir. R. 25.2.13 because it has been redacted of any personal data identifiers.

4.    This document complies with the electronic submission of 5th Cir. R. 25.2.1, because it is an exact copy of the paper document.

5.    This document has been scanned for viruses with the most recent version of McAfee Endpoint Security scanning program and is free of viruses.

<u>s/ Carmen Castillo Mitchell</u>
Carmen Castillo Mitchell
Assistant United States Attorney
Dated: June 3, 2025