# United States Court of Appeals
# for the Fifth Circuit

No. 25-40082

United States Court of Appeals
Fifth Circuit
**FILED**
June 5, 2025
Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellant,*

versus

Terrence James Bruggeman,

*Defendant—Appellee.*

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 2:22-CR-185-1

_____

CLERK'S OFFICE:

Under Fed. R. App. P. 42(b), the appeal is dismissed as of June 05, 2025, pursuant to appellant's motion.

> LYLE W. CAYCE
> Clerk of the United States Court
> of Appeals for the Fifth Circuit
> By: _____
> Amanda M. Duroncelet, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT